IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KORI LYNN LOGAN,

Plaintiff,

v.

TARGET CORPORATION,

Defendant.

Case No. 22-2294 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: 7/24/2023**          MONICA A. STUMP, Clerk of Court

                             *s/ Tina Gray, Deputy Clerk*


**Approved:**    *s/J. Phil Gilbert*
          **J. PHIL GILBERT**
          **DISTRICT JUDGE**